

Opinions of the United
States Court of Appeals
for the Third Circuit

10-4-2005

# Howard Hess Dental v. Dentsply Intl Inc

Precedential or Non-Precedential: Precedential

Docket No. 04-1979

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2005

Recommended Citation

"Howard Hess Dental v. Dentsply Intl Inc" (2005). *2005 Decisions.* Paper 302.
http://digitalcommons.law.villanova.edu/thirdcircuit_2005/302

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2005 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 04-1979

_____

HOWARD HESS DENTAL LABORATORIES INCORPORATED;
PHILIP GUTTIEREZ, *d/b/a Dentures Plus, on behalf
of themselves and all other similarly situated,
Appellants

v.

DENTSPLY INTERNATIONAL, INC.

*Amended per Clerk's Order dated 4/30/04

_____

No. 04-1980

_____

JERSEY DENTAL LABORATORIES, f/k/a Howard Hess Dental
Laboratories Incorporated; PHILIP GUTTIEREZ, *d/b/a
Dentures Plus, on behalf of themselves and all others
similarly situated,
Appellants

v.

DENTSPLY INTERNATIONAL, INC.; A. LEVENTHAL & SONS, INC.;
ACCUBITE DENTAL LAB, INC.; ADDIUM DENTAL PRODUCTS;
ARNOLD DENTAL SUPPLY COMPANY;
ATLANTA DENTAL SUPPLY COMPANY;
BENCO DENTAL COMPANY; BURKHART DENTAL SUPPLY COMPANY;
DARBY DENTAL LABORATORY SUPPLY CO., INC.; DENTAL SUPPLIES
AND EQUIPMENT, INC.; EDENTALDIRECT.COM, INC., as successor to
Crutcher Dental, Inc.; HENDON DENTAL SUPPLY, INC.;
HENRY SCHEIN, INC., and its affiliates including, without
limitation, Zahn Dental Co., Inc.; IOWA DENTAL SUPPLY CO.;
JAHN DENTAL SUPPLY COMPANY; JB DENTAL SUPPLY CO., INC.;

JOHNSON & LUND CO., INC.; KENTUCKY DENTAL SUPPLY COMPANY, INC.
a/k/a KDSC Liquidation Corp.; MARCUS DENTAL SUPPLY CO;
MIDWAY DENTAL SUPPLY INC.; MOHAWK DENTAL CO., INC.; NASHVILLE
DENTAL, INC.; NOWAK DENTAL SUPPLIES, INC.; PATTERSON DENTAL
COMPANY, its subsidiaries, predecessors, successors, assigns,
affiliates and related companies; PEARSON DENTAL SUPPLIES, INC.;
RYKER DENTAL OF KENTUCKY, INC.; THOMPSON DENTAL COMPANY

*Amended per Clerk's Order dated 4/30/04

---

On Appeal from the United States District Court
for the District of Delaware
(D.C. Civil Action Nos. 99-cv-00255 / 01-cv-00267)
District Judge: Honorable Sue L. Robinson

---

Argued April 7, 2005

Before: BARRY, AMBRO and GREENBERG, <u>Circuit Judges</u>

Thomas A. Dubbs, Esquire (Argued)
Richard T. Joffe, Esquire
Goodkind, Labaton, Rudoff & Sucharow
100 Park Avenue, 12th Floor
New York, NY   10017

Pamela S. Tikellis, Esquire
Robert J. Kriner, Jr. Esquire
Chimicles & Tikellis, LLP
One Rodney Square, Suite 500
P.O. Box 1035
Wilmington, DE   19899

    Counsel for Appellants

Richard A. Ripley, Esquire
Margaret M. Zwisler, Esquire (Argued)
Kelly A. Clement, Esquire

2

Eric J. McCarthy, Esquire
Charles R. Price, Esquire
Howrey, Simon, Arnold & White
1299 Pennsylvania Avenue, N.W.
Washington, D.C.   20004

Brian M. Addison, Esquire
Dentsply International, Inc.
Susquehanna Commerce Center
221 West Philadelphia Street
York, PA   17405

W. Harding Drane, Jr., Esquire
Potter Anderson & Corroon LLP
1313 North Market Street, 6th Floor
P.O. Box 951
Wilmington, DE   19899

C. Scott Reese, Esquire
Cooch & Taylor
824 Market Street Mall, Suite 1000
P.O. Box 1680
Wilmington, DE  19899

James J. Maron, Esquire
Maron Marvel & Wilks, P.A.
1300 North Broom Street
P.O. Box 288
Wilmington, DE  19899

Counsel for Appellees


**ORDER  AMENDING  PUBLISHED  OPINION**

AMBRO, *Circuit Judge*

IT IS NOW ORDERED that the published Opinion in the above case filed September 21, 2005, be amended as follows:

On page 4, in the caption, replace

Richard A. Ripley, Esquire
Margaret M. Zwisler, Esquire (Argued)
Kelly A. Clement, Esquire
Eric J. McCarthy, Esquire
Charles R. Price, Esquire
Howrey, Simon, Arnold & White
1299 Pennsylvania Avenue, N.W.
Washington, D.C.   20004

with

Margaret M. Zwisler, Esquire (Argued)
Eric J. McCarthy, Esquire
Charles R. Price, Esquire
Latham & Watkins LLP
555 Eleventh Street, N.W.
Washington, D.C.   20004

Richard A. Ripley, Esquire
Bingham McCutchen LLP
1120 Twentieth Street, N.W.
Washington, D.C.   20036

By the Court,

/s/ Thomas L. Ambro, Circuit Judge

Dated: October 4, 2005
CMD/cc: Thomas A. Dubb, Esq.
        Richard T. Joffe, Esq.
        Margaret M. Zwisler, Esq.
        Eric J. McCarthy, Esq.
        Charles R. Price, Esq.
        Richard A. Ripley, Esq.